# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00149-CV

**Evangelos Pagonis, Appellant**

**v.**

**The Judicial Branch Certification Commission f/k/a The Court Reporter's Certification Board, Appellee**

### APPEAL FROM THE JUDICIAL BRANCH CERTIFICATION COMMISSION

### M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal in February 2015, referencing a complaint that he filed against a court reporter in cause number 14-5723-31 before appellee The Judicial Branch Certification Commission f/k/a The Court Reporter's Certification Board. The court reporter appears to be from the 144th District Court of Bexar County.

On March 10, 2015, the Clerk of this Court requested a response from appellant by March 20, 2015. The Clerk advised appellant that he must inform this Court of the basis on which jurisdiction exists or that this Court would dismiss this cause for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed a response, but he failed to show how this Court has appellate jurisdiction over this appeal. *See* Tex. Gov't Code §§ 22.220(a) (civil jurisdiction), .221 (writ power). Thus, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:   March 27, 2015